AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 11, 2022

SEAN F. McAVOY, CLERK

RUEBEN S.,

*Plaintiff*

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

*Defendant*

Civil Action No. 4:21-cv-5052-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment (ECF No. 18) is GRANTED.
Commissioner's Motion for Summary Judgment (ECF No. 20) is DENIED.
JUDGMENT is entered in favor of Plaintiff. Matter is REVERSED and REMANDED to the Commissioner of Social Security for further proceedings before a new ALJ pursuant to sentence four of 42 U.S.C. § 405.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  EDWARD F. SHEA  on motions for summary judgment (ECF Nos. 18 and 20).

Date: 05/11/2022

CLERK OF COURT

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates